952

Jacob Meyerson, Respondent, v. Mollie Weissman, Appellant.—

This determination is without prejudice to the rights, if any, which appellant may have under the motion returnable at Special Term on August 24, 1951. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See 280 App. Div. 840.]

In the Matter of Gail W. Oliver, an Infant. Ward L. Oliver, Appellant; Rosemary Foland, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.